

**Leopoldo Vielma**
**Maverick County District Clerk**
**500 Quarry, Suite #5**
**Eagle Pass, Texas 78852**
**Phone (830) 773-2629**
**Fax (830) 773-4439**

FAX

| TO: | Keith Hottle | Fax#: | 210-335-2762 |
|---|---|---|---|
| From: | Luz Garcia (365th Civil Clerk) | Date: | |

| Motion to submit paper Document and Notification of Late Record. | CS# | 12-11-27955-MCVAJA No.04-14-00806-CV |
|---|---|---|

**Pages:**

✓ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

## **If you have any questions please call our office**

KEITH E. HOTTLE, CLERK

FILED
IN THE COURT OF APPEALS
At SAN ANTONIO, TX
2015 JAN 30  PM 4:03

# NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: 04-14-00806-CV

Trial Court Style: Amado Abascal III vs Rodolfo Flores Galvan Etal

Trial Court No.: 12-11-27855-MCVAJA

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was:

The record was originally due: 01/15/15

I anticipate the length of the record to be: 2000 Pages

I am unable to file the record by the date such record is due because [check one]:

☐ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☑ my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

☐ Other. Explain [attach additional pages if needed]: _____

_____

I anticipate the record will be completed by: 02/06/15

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: 01/29/15    Signature: DiHaulia
                  Printed
                  Name: Luz Garcia

                  Title: Deputy Clerk

### Acknowledgment
(To be completed by notary or court clerk)

State of Texas          §
County of Maverick      §

Before me, the undersigned authority, on this day personally appeared Luz Garcia, known to me to be the person who name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the reasons expressed therein.

Date: 01/29/15    Signature: Leopoldo Vielma III
Seal:             Printed

Court of Appeals
No: 04-14-00806-CV

Trial Court No. 12-11-27955-MCVAJA
Amado Abascal III Vs Rodolfo Flores Galvan and G&M Logistics Corp.

## Motion to Submit Paper Document

We would like to request your consent to submit Clerk Records for the above mentioned case via regular mail. Unfortunately, Maverick County does not yet have full access to e-filing.

Respectfully submitted,

Leopoldo Vielma
Maverick County District Clerk